**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 96-50480
Summary Calendar**

_____

**J. LEON GONZALEZ LONGORIA,**

**Plaintiff-Appellant,**

**versus**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court
for the Western District of Texas
(A-95-CV-855)**
_____

**December 24, 1996**

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    J. Leon Gonzalez Longoria, federal prisoner # 59761-079, filed a civil action in which he asserted a collateral due process attack on the administrative forfeiture of his mother's 1991 Chevrolet pick-up truck, VIN # 1GCDC14K8MZ133195.  Longoria has not met his burden of establishing that he has standing to challenge the forfeiture.  *See* ***United States v. $321,470.00, U.S. Currency***, 874 F.2d 298, 302-03 (5th Cir. 1989).  The judgment of the district

_____

    [*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

court dismissing the action with prejudice for lack of jurisdiction is, therefore,

*AFFIRMED.*